FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 2 2 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:01cr32(4) |
| | § | (Judge Brown) |
| MICHAEL DUANE JOHNSON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the report of the United States Magistrate Judge pursuant to its order.

As no objections have been filed by either party, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a period of twelve (12) months, with twenty-four (24)

1

months of supervised release to follow.  It is finally

**ORDERED** that Defendant pay his outstanding mandatory special assessment balance of $70.00, due immediately, payable by cashier's check or money order, to the United States District Court and forwarded to the United States District Clerk's Office, P.O. Box 570, Tyler, Texas 75710.

**SIGNED** this 21st day of August, 2006.

PAUL BROWN
UNITED STATES DISTRICT JUDGE

2